No. 68. THOMPSON v. UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. John B. Cuningham* for petitioner. *Acting Solicitor General Cox, Messrs. Paul A. Sweeney, Howard L. Godfrey* and *Jerome H. Simonds* for the United States.

No. 92. NISONOFF v. NEW YORK. October 8, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied. MR. JUSTICE MURPHY is of the opinion that the petition should be granted. *Mr. Louis B. Boudin* for petitioner. *Mr. George Tilzer* for respondent.

No. 258. BEACH v. UNITED STATES. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James R. Kirkland* and *Nathan M. Lubar* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl, Leon Ulman* and *Miss Rosalie M. Moynahan* for the United States.

No. 129. GROOPMAN v. UNITED STATES. October 8, 1945. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. *Mr. Archibald Palmer* for petitioner. *Acting Solicitor General Judson* for the United States.

No. 161. LARSON ET AL. v. GENERAL MOTORS CORP. October 8, 1945. Petition for writ of certiorari to the Cir-